UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------------------X

YOLANDA DAVIS, TENESHIA
BANKSTON, and TIFFANY TAYLOR          Case No. 3:22-cv-01062
individually, and on behalf of others similarly
situated,                                    Hon. Sarala V. Nagala

                Plaintiffs,

      v.

DYNATA, LLC,

                Defendant/ Third-Party
                Plaintiff.

      v.

SHIFTSMART, INC.,

                Third-Party Defendant.

--------------------------------------------------------------------X

**SECOND MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT**

Third-Party Defendant Shiftsmart, Inc. ("Shiftsmart") respectfully moves this Court pursuant to Rule 7(b) of the District of Connecticut Local Rules for a second extension of time to respond to the Third-Party Complaint that was filed by Dynata, LLC ("Dynata") while the Court considers Shiftsmart's Motion to Stay and Compel Arbitration ("Motion to Compel") pursuant to Sections 3 and 4 of the Federal Arbitration Act (9 U.S.C. §§ 3 and 4). In connection herewith, the undersigned represents as follows:

       1.  Dynata's Third-Party Complaint against Shiftsmart was filed on January 9, 2023. (Dkt. 67).

2.   The Response to the Third-Party Complaint was due on March 19, 2023. But, because this fell on a Sunday, the deadline for the Response is March 20, 2023. (Dkt. 71).

3.   On March 20, 2023, this Court granted Shiftsmart a thirty (30) day extension of time to Respond to the Third-Party Complaint, until April 19, 2023.

4.   Shiftsmart has good cause to seek an extension because, during the weeks since the Third-Party Complaint was filed, Dynata and Shiftsmart have engaged in active settlement discussions to potentially resolve all or a part of the issues between them that are the subject of the third-party action.

5.   In addition, Shiftsmart intends to file the Motion to Compel. Should this Motion succeed, it will obviate the need for Shiftsmart to file any pleading or Response to the Third-Party Complaint, and render these proceedings moot.

6.   Dynata consents to this Motion for an Extension of Time, as well as Shiftsmart's Motion to Compel.

7.   This is Shiftsmart's second request for an extension.

For these reasons, we respectfully request that this Court grant the Motion for an extension of time to respond to the Third-Party Complaint during the pendency of the Motion to Compel.

Dated: Glastonbury, Connecticut
April 14, 2023

Respectfully submitted,

*/s/ Greil Roberts*
Greil Roberts
GORDON REES SCULLY
MANSUKHANI, LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033

*Attorneys for Shiftsmart, Inc.*

**<u>CERTIFICATION</u>**

I hereby certify that on this 14th day of April, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Greil I. Roberts*
Greil I. Roberts
