UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOLANDA DAVIS and TENESHIA BANKSTON, Individually, and on behalf of other similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DYNATA, LLC,<br><br>　　　　　Defendant /<br>　　　　　Third-Party Plaintiff<br><br>　　v.<br><br>SHIFTSMART, INC.<br><br>　　　　　Third-Party Defendant | **Civil Action No. 3:22-cv-01062 (SVN)**<br><br>October 3, 2023 |

**DYNATA, LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY CLAIMS PURSUANT TO FRCP 41(a)(1)(A)(i) and 41(c)(1)**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1), Defendant and Third-Party Plaintiff Dynata LLC ("Dynata") hereby gives notice of the voluntary dismissal without prejudice of its third-party complaint against Third-Party Defendant Shiftsmart, Inc. ("Shiftsmart"). Shiftsmart has not served a responsive pleading.[1]

---

[1] Shiftsmart has asserted that the third-party claims are subject to a contractual venue clause requiring that they be pursued in Texas. To avoid the cost of litigating the venue issue, Dynata has agreed to dismiss its third-party complaint, without prejudice, and will pursue its claims against Shiftsmart in Texas.

DEFENDANT AND THIRD-PARTY PLAINTIFF DYNATA, LLC

By: */s/ Patrick J. Bannon*
    Patrick J. Bannon (admitted *pro hac vice*)
    Timothy J. Buckley (admitted *pro hac vice*)
    Seyfarth Shaw LLP
    Two Seaport Lane, Suite 1200
    Boston, MA 02210
    TEL: 617-946-4800
    FAX: 617-946-4801
    pbannon@seyfarth.com
    tbuckley@seyfarth.com

-- and --

James E. Nealon (ct08161)
Nealon Law LLC
Soundview Plaza
1266 East Main Street, Suite 700R
Stamford, Connecticut 06902
James.nealon@nealon-law.com

Dated: October 3, 2023

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the above document was served on October 3, 2023 on all appearing counsel of record via the Court's ECF system.

*/s/ Patrick J. Bannon*
Patrick J. Bannon