UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **YOLANDA DAVIS, TENESHIA BANKSTON, and TIFFANY TAYLOR** individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**DYNATA, LLC**, a Connecticut limited liability company,<br><br>Defendant. | Case No.: 3:22-cv-01062<br><br>Hon.: Sarala V. Nagala |

**PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM OF LAW FOR SETTLEMENT APPROVAL OF *AMENDED* SETTLEMENT AGREEMENT**

## I.     BACKGROUND

On February 20, 2025, Plaintiffs filed an Unopposed Motion and Incorporated Memorandum of Law for Settlement Approval (the "Motion for Settlement Approval") under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. ECF No. 139. On February 27, 2025, the Court entered an Order denying without prejudice the Motion for Settlement Approval (the "Order"). ECF No. 140. In the Order, the Court identified two provisions in the Parties' settlement agreement that resulted in denial of settlement approval.

The first point of concern raised in the Order related to the broad scope of the release being provided by the Named Plaintiffs.

The second point of concern identified in the Order was that the non-disparagement provision in the initial agreement, as written, could arguably prevent Plaintiffs from making truthful statements.

Since the Order, the Parties have met and conferred several times to address the issues raised by the Court with the initial agreement. Attached hereto as **Exhibit 1** is the Parties' Amended Settlement Agreement, which addresses both concerns raised by the Court in its Order.

Wherefore, Plaintiffs respectfully submit that with the requested modifications the Parties' proposed Amended Settlement Agreement satisfies all the criteria for FLSA settlement approval and that the Court should grant the instant motion for FLSA settlement approval.

## II.     ARGUMENT

For purposes of efficiency, Plaintiffs incorporate by reference all facts, documents, and legal arguments raised in the initial Motion for Settlement Approval into the present motion for settlement approval. *See*, ECF No. 139.

In response to the concerns raised by the Court in its Order denying approval, the Parties have modified the release of claims to be provided by the Named Plaintiffs under the Amended

1

Settlement Agreement to match the release provided by the Potential FLSA Claimants.[1] The release is a limited, rather than general, release of claims. More specifically, the Named Plaintiffs, Opt-in Plaintiffs, and Potential FLSA Claimants will *only* release state and federal claims related to the payment of wages. *See*, **Exhibit 1** at ¶¶ 8-9.

Additionally, the non-disparagement clause in the Amended Settlement Agreement now makes it clear that Plaintiffs are not prohibited, in any way, from making truthful statements about any of the Released Parties. *See*, **Exhibit 1** at ¶ 11.

With those changes, the Parties have addressed both concerns raised by the Court in its Order denying approval of the initial Settlement Agreement. Wherefore, the Parties respectfully submit that the Amended Settlement Agreement meets all criteria for settlement approval and should thus be approved by the Court. *See*, *Allard v. Round Robin Operations, LLC*, No. 3:19-cv-01541 (JAM) (SDV), 2021 WL 6337743, at *1 (D. Conn. July 13, 2021) (citing *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012)) ("Where an FLSA settlement is deemed 'fair and reasonable' by the Court, it should receive judicial approval.").

Dated: March 18, 2025                    Respectfully Submitted,

**ASH LAW, PLLC**

*s/ Charles R. Ash, IV*
Charles R. Ash, IV (P73877) (*Pro Hac Vice*)
4300 W. 9 Mile Rd., Ste. 301
Novi, MI 48375
Phone: (734) 234-5583
cash@nationalwagelaw.com

*[The signature block is continued on the following page.]*

---

[1] Capitalized terms are assigned the same meaning as in the attached Amended Settlement Agreement. *See*, **Exhibit 1**.

2

**MORGAN & MORGAN, P.A.**
Andrew R. Frisch (FBN 027777) (*Pro Hac Vice*)
55 E Monroe Street, Suite 3800
Chicago, IL 60603
Phone: (954) WORKERS
Fax: (954) 327-3013
AFrisch@forthepeople.com

**RODRIGUEZ LAW, PLC**
Oscar Rodriguez (P73413) (*Pro Hac Vice*)
402 W. Liberty St.
Ann Arbor, MI 48103-4388
Phone: (734) 355-5666
oscar@orodlaw.com

**HAYBER, MCKENNA & DINSMORE, LLC**
Richard E. Hayber (ct11629)
750 Main Street, Suite 904
Hartford, CT 06103
Phone: (860) 522-8888
rhayber@hayberlawfirm.com

*Counsel for Plaintiff and the
Putative Collective/Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Charles R. Ash, IV*